98 A.3d 1289

William HERNANDEZ aka Samuel Lopez, Petitioner

v.

COMMONWEALTH OF PENNSYLVANIA COURT OF COMMON PLEAS, Respondent.

No. 85 EM 2014.

Supreme Court of Pennsylvania.

Aug. 21, 2014.

## ORDER

PER CURIAM.

AND NOW, this 21st day of August, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

98 A.3d 1289

Ex rel Johnuall BENDER, Petitioner

v.

Acting Facility Manager PITKENS and Successors as Warden/Custodian; and District Attorney of Philadelphia County, Pa.; and Kathleen Granahan Kane, Attorney General of Commonwealth of Pennsylvania, Respondents.

No. 84 EM 2014.

Supreme Court of Pennsylvania.

Aug. 21, 2014.

## ORDER

PER CURIAM.

AND NOW, this 21st day of August, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**